lourdesduenaswrit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| LOURDES CASTRO DUENAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: OFFICER IN CHARGE
  Territorial Detention Center
  Territory of Guam

   This Court finds that LOURDES CASTRO DUENAS, is now in the custody of the

Territorial Detention Center and that said prisoner is required to appear before this Court on

April 30, 2007, at 10:00 a.m. for her initial appearance/arraignment on the federal charges in the

United States District Court of Guam.

   **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention

Center or his authorized agent or any Federal law enforcement agent shall produce LOURDES

| | |
|---|---|
| 1 | CASTRO DUENAS, before this Court on April 30, 2007 at 10:00 a.m. and whenever necessary |
| 2 | |
| 3 | hereafter to attend court appearances in the above-entitled case and upon completion of said |
| 4 | prosecution and/or court appearances and/or upon further order of the court, return said prisoner |
| 5 | to her place of confinement. |



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 27, 2007