AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**LOURDES CASTRO DUENAS**

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-07-00039-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | **COURTROOM** |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | **Monday, April 30, 2007 at 10:00 a.m.** |

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) _____

Brief description of offense:

Conspiracy to Distribute Methamphetamine Hydrochloride

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

**April 25, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 4/27/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Mangilao, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   4/27/2007              J. Salas
             Date                    Name of United States Marshal

                                     [signature]
                                     (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.