AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA
V.

**LOURDES CASTRO DUENAS**

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-07-00039-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>**COURTROOM** |
|---|---|
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | Date and Time<br>**Monday, April 30, 2007 at 10:00 a.m.** |

To answer a(n)
X  Indictment     ☐ Information     ☐ Complaint     ☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Pretrial Violation Notice

Charging you with a violation of Title __21__ United States Code, Section(s) __841(a)(1)__

Brief description of offense:

Conspiracy to Distribute Methamphetamine Hydrochloride

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

_[signature]_

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**April 25, 2007**
Date

ORIGINAL

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 4/27/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Mangilao, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/27/2007
            Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.