# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00039-002　　　　　　　　　　　　DATE: April 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:05:11 - 10:17:43
CSO: L. Ogo

**APPEARANCES:**
Defendant: Lourdes Castro Duenas　　　　Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: V. Roman / R. Okada
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: G. Patrick Civille appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: July 2, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: