DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039-002 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| LOURDES CASTRO DUENAS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to April 26, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Apr 30, 2007**