CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



FILED
DISTRICT COURT OF GUAM

MAY -4 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00039-002 |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL |
| LOURDES CASTRO DUENAS, | |
| Defendant. | |

### MOTION

The below signed counsel hereby requests leave to withdraw as counsel for Defendant Lourdes Castro Duenas on the basis that continued representation of Ms. Duenas creates a conflict with an existing client of the law firm of Civille & Tang. This motion is made pursuant to Rule 1.7 of the Guam Rules of Professional Conduct, 7 G.C.A. Appendix F.

### MEMORANDUM OF POINTS AND AUTHORITIES

Immediately following the arraignment of the defendant in the above matter, counsel learned that Defendant is involved in another matter, which is ongoing, in which her interests are directly adverse to the interests of another client represented by Civille & Tang. Rule 1.7 of the Guam Rules of Professional Conduct, which follows the ABA's Model Rules of Professional Responsibility, prohibits a lawyer from representing a client if the representation of that client is adverse to another client. Counsel in good faith believes that the interests of one of his clients of

long standing are directly adverse to the interests those of Ms. Duenas and that his representation of Ms. Duenas will be adversely affected because of that conflict.

Respectfully submitted this 4th day of May 4, 2007

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE