**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039-002 |
| Plaintiff, ) | |
| ) | **ORDER PERMITTING** |
| vs. ) | **WITHDRAWAL AND** |
| ) | **APPOINTING NEW COUNSEL** |
| LOURDES CASTRO DUENAS, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, G. Patrick Civille, Esq. is granted leave to withdraw as court-appointed counsel of record for the above-named Defendant, Lourdes Castro Duenas.

IT IS HEREBY ORDERED THAT Cynthia V. Ecube is hereby appointed counsel for Defendant Lourdes C. Duenas.



**/s/ Joaquin V.E. Manibusan, Jr.**
  **U.S. Magistrate Judge**
**Dated: May 08, 2007**