lourdesduenas.851

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 1 1 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00039 |
| Plaintiff. | **INFORMATION CHARGING PRIOR DRUG CONVICTION** |
| vs. | [21 U.S.C. § 851] |
| LOURDES CASTRO DUENAS, | |
| Defendant. | |

**NOTICE OF INTENTION TO SEEK ENHANCED
PENALTY AGAINST DEFENDANT**

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, LOURDES CASTRO DUENAS, of its intention to seek an enhanced penalty in the event she is convicted on Count I of the pending Indictment.

Defendant, LOURDES CASTRO DUENAS, has a prior conviction for a felony drug trafficking offense. Specifically, she was convicted in the Superior Court of Guam on June 28, 2000, of Possession of a Schedule II Controlled Substance, in Case No. CF 236-00, in violation of Title 9, Guam Code Annotated, Section 67.401.2(a) & (b)(1). This offense constitutes a "prior felony drug offense" 21 U.S.C. § 841(b)(1)(A)(viii). Accordingly, the United States intends to

pursue the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of Count I of the pending indictment.

Respectfully submitted this 11th day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney