1  Lduenas.stp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, ) | |
| vs. ) | STIPULATED MOTION TO CONTINUE TRIAL DATE TO JULY 26, 2007 |
| RAYMOND IGNACIO DUENAS, JR., and ) LOURDES CASTRO DUENAS, ) | |
| Defendants. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Cynthia Ecube, hereby move this Honorable Court to continue the trial date in this matter, now set for July 2, 2007, at 9:30 a.m., to coincide with the trial of her co-defendant, Raymond Ignacio Duenas. The Federal Public Defender had initially been appointed to represent Raymond Duenas, but new counsel, Joseph Razzano, was appointed after the FPD withdrew, and trial was continued to July 26, 2007, upon the request of Mr. Razzano. Defendant Lourdes Duenas made her initial appearance May 1, 2007; pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), she must be tried by July 10, 2007.

-1-

The parties make this motion pursuant to Title 18, U.S.C. § 3161(h)(7), which provides that a period of delay may be excluded from computing the time within which the trial of an offense must commence, if it is a "reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted."

6/18/07
DATE

CYNTHIA ECUBE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/18/07
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney