LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

Attorney for Defendant
LOURDES CASTRO DUEÑAS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00039 |
| Plaintiff, | DEFENDANT LOURDES C. DUEÑAS' NOTICE OF JOINDER TO CO-DEFENDANT RAYMOND I. DUEÑAS' MOTION TO SUPPRESS, MOTION TO SUPPRESS PHYSICAL EVIDENCE, AND MOTION FOR PRE-TRIAL DISCOVERY |
| vs. | |
| LOURDES CASTRO DUENAS, | |
| Defendant. | |

COMES NOW, the Defendant, LOURDES CASTRO DUEÑAS, by through her Court appointed counsel, CYNTHIA V. ECUBE, ESQ., and hereby joins in with Co-Defendant, RAYMOND I. DUEÑAS Motion to Suppress Motion to Suppress Physical Evidence, and Motion for Pre-Trial Discovery filed in this matter herein, and further incorporates all the pleadings and arguments in said Motions, in addition to the arguments presented at the hearing.

DATED this 6th day of July, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant
LOURDES CASTRO DUENAS

CVE/gpm
L:\...\CVE-CLIENTS\Duenas, Lourdes C.\Joinder to Motion to Suppress\7.6.07

ORIGINAL

## CERTIFICATE OF SERVICE

I, AMBER SANCHEZ, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 6th day of July, 2007, I caused to be served by facsimile and personal service a copy of the "Notice of Joinder" in Criminal Case No. : 07-00039.

KARON V. JOHNSON, ESQ.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

and to:

JOSEPH C. RAZZANO, ESQ.
Teker Torres & Teker, P. C.
Suite 2A, 130 Aspinall Avenue
Hagatna, Guam 96910
Telephone: (671) 477-9891-4
Facsimile: (671) 472-2601

AMBER SANCHEZ

CVE/gbm
L:\...\CVE-CLIENTS\Duenas, Lourdes C.\Joinder to Motion to Suppress\7.6.07