LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

Attorney for Defendant
**LOURDES CASTRO DUEÑAS**

FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR-07-00039 |
| Plaintiff, ) | |
| vs. ) | MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF LAW AND CERTIFICATE OF SERVICE |
| LOURDES CASTRO DUEÑAS, ) | |
| Defendant. ) | |

### A. MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant, **LOURDES CASTRO DUENAS**, by and through counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and moves this Honorable Court for Leave permitting **CYNTHIA V. ECUBE, ESQ**, and the Law Office of Cynthia V. Ecube, to withdraw from further representation of Defendant. This Motion is based upon the attached Memorandum of Law and Declaration of Counsel in support of this Motion, and for good cause shown, as provided in the Model Rules of Professional Responsibility.

Dated this 16th day of July, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

ORIGINAL

CVE/abs
L:\CLIENTS\CVE-CLIENTS\Duenas, Lourdes C.\Mtn to Withdraw 07.17.2007

B. **MEMORANDUM OF LAW**:

Pursuant to the Model Rules of Professional Responsibility governing representation between an attorney and client, the undersigned hereby moves this Honorable Court for leave to withdraw as counsel on behalf of Defendant.

The justification for the request to withdraw is based on Defense counsel's assertion that there has been a serious and irretrievable breakdown in the Attorney-Client relationship. See Declaration of Cynthia V. Ecube.

Based upon the foregoing Motion and the Declaration of Counsel, good cause exists permitting the undersigned to withdraw as counsel of record, herein.

Dated this 16th day of July, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Amber B. Sanchez, Legal-Secretary for the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 16th day of July, 2007, I caused to be served by facsimile a copy of the "Motion to Withdraw as Counsel" in Criminal Case No. CR-07-00039, to:

**KARON V. JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
AMBER B. SANCHEZ

CVE/abs
L:\CLIENTS\CVE-CLIENTS\Duenas, Lourdes C.\Mtn to Withdraw 071707