LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

Attorney for Defendant
**LOURDES CASTRO DUEÑAS**

FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOURDES CASTRO DUEÑAS, <br><br> Defendant. | CRIMINAL CASE NO. CR-07-00039 <br><br> DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT |

I, **CYNTHIA V. ECUBE, ESQ.**, hereby depose and state as follows:

1. I am the Court-appointed Attorney of Record on behalf of Defendant in the above-entitled criminal matter pending in the District Court of Guam;

2. I make these statements based upon personal knowledge, except for those matters based upon information and belief, and if called to testify, could competently testify thereto;

3. That throughout the course of my representation of the Defendant in these proceedings, there has now been a serious breakdown in the attorney-client relationship.

4. That I have met with the Defendant on two occasions to discuss the details of the pending criminal case, her rights, and the proposed plea agreement. That as a result of my last discussion with my client, today, July 16, 2007, there has been a serious breakdown in the Attorney-Client relationship between the Defendant and myself regarding my efforts to assist Defendant with

CVE/abs
L:\CLIENTS\CVE-CLIENTS\Duenas, Lourdes\Declaration of Counsel.wpd
Case 1:07-cr-00039   Document 45   Filed 07/17/2007   Page 1 of 2
ORIGINAL

in her pending criminal case. According to the Defendant, she does not like my advise and now desires to change counsel; I do not feel that I can continue adequately representing the Defendant in this case since Defendant is dissatisfied with my service and has requested new counsel; I am requesting that the Court grant the undersigned's Motion to Withdraw because the attorney client relationship is irretrievably broken;

5. That based on the foregoing, the undersigned counsel respectfully requests that the Court appoint new counsel on behalf of Defendant, herein.

Dated this 16th day of July, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

CVE/abs
L:\CLIENTS\CVE-CLIENTS\Duenas, Lourdes\Declaration of Counsel.wpd
Case 1:07-cr-00039   Document 45   Filed 07/17/2007   Page 2 of 2