LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**LOURDES CASTRO DUEÑAS**

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL CASE NOS. **CR-07-00039** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT** |
| **LOURDES CASTRO DUEÑAS,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED THAT** the Motion for Leave to Withdraw as Counsel filed by **CYNTHIA V. ECUBE, ESQ.**, is hereby granted and Attorney Rawlen M.T. Mantanona is appointed to represent the Defendant in the above-captioned case.

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
  **Dated: Jul 24, 2007**