✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

V.

Raymond Ignacio Duenas, Jr., and
Lourdes Castro Duenas

**NOTICE**

CASE NUMBER: CR-07-00039

TYPE OF CASE:

☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

- MOTION TO SUPPRESS
- MOTION TO SUPPRESS PHYSICAL EVIDENCE

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | Tuesday, August 14, 2007 at 2:00 p.m. | Wednesday, September 5, 2007 at 1:30 p.m. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 9, 2007** /s/ Leilani R. Toves Hernandez
DATE (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Joseph C. Razzano, Esq.
U.S. Probation Office
U.S. Marshals Service