**CABOT**
**MANTANONA LLP**
BankPacific Building 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:   (671) 646-2001
Facsimile:     (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RAYMOND IGNACIO DUENAS, JR. and | ) | |
| LOURDES CASTRO DUENAS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court reviewed the Stipulation submitted by Defendant.

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

The Motion hearing date currently set for September 5, 2007 at 1:30 p.m., be moved

to October 16, 2007 at 9:30 a.m.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 21, 2007**