**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-07-00039-002            DATE: October 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:42:44 - 11:46:50 |
| | 1:12:19 - 2:21:30 |
| | 2:55:38 - 4:19:20 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Lourdes Castro Duenas | Attorney: John Aguon on behalf of Rawlen Mantanona |
| Present   Custody   Bond   P.R. | Present   Retained   FPD   CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: M. Jong, D.E.A. |
| U.S. Probation: None Present | U.S. Marshal: D. Punzalan / T. Muna / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: - Motion to Suppress**
**-Motion to Suppress Physical Evidence**
**-Motion for Pretrial Discovery**

- Mr. Aguon advised the Court that his client is joining in co-defendant's Motion for Pretrial Discovery and Motion to Suppress Physical Evidence.
- Motion for Pretrial Discovery was granted in part.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List
- Motions to Suppress Physical Evidence continued to: <u>October 17, 2007 at 9:30 a.m.</u>
- Defendant to remain in custody.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | | | | | United States of America | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|---|
| | | | | | v. | |
| | | | | | Raymond Ignacio Duenas, Jr. and Lourdes Castro Duenas | Case Number: **CR-07-00039** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frances M. Tydingco-Gatewood | K. Johnson | J. Razzano & S. Teker / J. Aguon |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 16, 2007 | Wanda Miles | Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 10/16/07 | 10/16/07 | | copy of Superior Court of Guam Search Warrant, dated April 18, 2007 |
| | | A | 10/16/07 | 10/16/07 | | copy of Marianas Variety Publication, page 3 - dated April 20, 2007 |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | Michelle Jong, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 1:59:54 witness excused |
| | | | | | | 2:21:30 - 2:55:38 Break |
| | | | | | | Frankie Smith, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | 3:11:35 End DX |
| | | | | | | CX by J. Razzano |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | C | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Criminal Investigation Division, Kycs #07-11156 - Report of J.V. De Chavez |
| | | D | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Violent Street Crimes Task Force, Case #07-11189 - pg 6 dated 4-22-2007; Report of TFO F.R. Santos |
| | | E | 10/16/07 | 10/16/07 | 10/16/07 | copy of Return of Search Warrant SW0012-07, dated April 26, 2007 |
| | | | | | | 3:32:20 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 3:34:50 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | | | | | | 3:3:35 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 3:44:30 Witness excused |
| | | | | | | *4:19:20 End Day 1; Motion hearing continued to October 17, 2007 at 9:30 a.m.* |

Page -1-