CASE NO.: CR-07-00039-002    DATE: October 17, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:40:11 - 10:53:34
    11:19:39 - 12:12:49
CSO: B. Benavente

**APPEARANCES:**

Defendant: Lourdes Castro Duenas    Attorney: John Aguon on behalf of R. Mantanona
  Present  Custody  Bond  P.R.    Present  Retained  FPD  CJA

U.S. Attorney: Karon Johnson    U.S. Agent: M. Jong, D.E.A.
U.S. Probation: None Present    U.S. Marshal: D. Punzalan / T. Muna / G. Perez
Interpreter:    Language:

**PROCEEDINGS: Continued Motion to Suppress and Motion to Suppress Physical Evidence**

- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List
- Proceedings continued to: October 18, 2007 at 9:00 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | | | | |
|---|---|---|---|---|
| **United States of America** | | | **EXHIBIT AND WITNESS LIST** | |
| v. | | | | |
| Raymond Ignacio Duenas, Jr. and Lourdes Castro Duenas | | | Case Number: **CR-07-00039** | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frances M. Tydingco-Gatewood | K. Johnson | J. Razzano & S. Teker / J. Aguon |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 16 & 17, 2007 | Wanda Miles | Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 10/16/07 | 10/16/07 | | copy of Superior Court of Guam Search Warrant, dated April 18, 2007 |
| | | A | 10/16/07 | 10/16/07 | | copy of Marianas Variety Publication, page 3 - dated April 20, 2007 |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | Michelle Jong, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 1:59:54 witness excused |
| | | | | | | 2:21:30 - 2:55:38 Break |
| | | | | | | Frankie Smith, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | 3:11:35 End DX |
| | | | | | | CX by J. Razzano |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | C | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Criminal Investigation Division, Kycs #07-11156 - Report of J.V. De Chavez |
| | | D | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Violent Street Crimes Task Force, Case #07-11189 - pg 6 dated 4-22-2007; Report of TFO F.R. Santos |
| | | E | 10/16/07 | 10/16/07 | 10/16/07 | copy of Return of Search Warrant SW0012-07, dated April 26, 2007 |
| | | | | | | 3:32:20 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 3:34:50 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | | | | | | 3:3:35 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 3:44:30 Witness excused |
| | | | | | | *4:19:20 End Day 1; Motion hearing continued to October 17, 2007 at 9:30 a.m.* |
| | | | | | | *9:40:11 Begin Day 2* |
| | | | | | | Eric Palacios, called and sworn |
| | | | | | | DX by K. Johnson |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | | | | | | 10:14:10 End DX |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:27:30 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:28:54 End Re-DX |
| | | | | | | Re-CX by J. Razzano |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:29:40 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 10:33:46 Witness excused |
| | | | | | | Trina San Agustin, called and sworn |
| | | | | | | DX by K. Johnson |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:45:29 End DX |
| | | | | | | CX by J. Razzano |
| | | | | | | 10:53:04 End CX; No further examination, witness excused |
| | | | | | | 10:53:34 - 11:19:39 BREAK |
| | | | | | | Scott Wade, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 11:28:15 End DX |
| | | | | | | CX by J. Razzano |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | | | | | 12:00:08 End CX |
| | | | | | | Court examined witness |
| | | | | | | 12:04:54 Re-DX |
| | | | | | | 12:05:30 End Re-DX; no further examination, witness excused |
| | | | | | | *12:19:20 End Day 2; Motion hearing continued to October 18, 2007 at 9:00 a.m.* |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY K. Johnson | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
|---|---|---|
| HEARING DATE (S) October 16 & 17, 2007 | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |