IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

CASE NO.: CR-07-00039-002     DATE: October 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 9:45:35 - 10:34:46
                                                                                                     10:55:07 - 11:57:48
                                                                                                     12:57:38 - 1:54:00

CSO: B. Pereda

**APPEARANCES:**

Defendant: Lourdes Castro Duenas     Attorney: John Aguon on behalf of R. Mantanona
    Present    Custody    Bond    P.R.           Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson     U.S. Agent: M. Jong, D.E.A.
U.S. Probation: None Present     U.S. Marshal: T. Muna / G. Perez / J. Stone / C. Marquez
Interpreter:     Language:

**PROCEEDINGS: Continued Motion to Suppress and Motion to Suppress Physical Evidence**

- Court raised the issue regarding testimony of witness Catalina Duenas and instructed the clerk to call in a CJA Panel Attorney to speak with her.
- Louie Yanza called to confer with the witness and later advised the Court of the conflict in representation.
- Defense moved to strike the testimony and all exhibits testified to by Catalina Duenas. Ms. Johnson stipulated to the motion.
- Court ordered the testimony and exhibits testified to by Catalina Duenas be stricken from the record.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187.
- Court ordered Ms. Johnson to provide a listing of all non-law enforcement parties at the crime scene to defense counsel.
- Oral argument on the Motion for Pretrial Discovery, Motion to Suppress and Motion to Suppress Physical Evidence set for: October 22, 2007 at 9:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF _____GUAM_____

| | | |
|---|---|---|
| **United States of America** | | **EXHIBIT AND WITNESS LIST** |
| v. | | |
| Raymond Ignacio Duenas, Jr. and Lourdes Castro Duenas | | Case Number: **CR-07-00039** |

| PRESIDING JUDGE<br>Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY<br>K. Johnson | DEFENDANT'S ATTORNEY<br>J. Razzano & S. Teker / J. Aguon |
|---|---|---|
| HEARING DATE (S)<br>October 16 -19, 2007 | COURT REPORTER<br>Wanda Miles | COURTROOM DEPUTY<br>Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 10/16/07 | 10/16/07 | | copy of Superior Court of Guam Search Warrant, dated April 18, 2007 |
| | | A | 10/16/07 | 10/16/07 | | copy of Marianas Variety Publication, page 3 - dated April 20, 2007 |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | Michelle Jong, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 1:59:54 witness excused |
| | | | | | | 2:21:30 - 2:55:38 Break |
| | | | | | | Frankie Smith, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | 3:11:35 End DX |
| | | | | | | CX by J. Razzano |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | C | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Criminal Investigation Division, Kycs #07-11156 - Report of J.V. De Chavez |
| | | D | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Violent Street Crimes Task Force, Case #07-11189 - pg 6 dated 4-22-2007; Report of TFO F.R. Santos |
| | | E | 10/16/07 | 10/16/07 | 10/16/07 | copy of Return of Search Warrant SW0012-07, dated April 26, 2007 |
| | | | | | | 3:32:20 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 3:34:50 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | | | | | | 3:3:35 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 3:44:30 Witness excused |
| | | | | | | *4:19:20 End Day 1; Motion hearing continued to October 17, 2007 at 9:30 a.m.* |
| | | | | | | 9:40:11 Begin Day 2 |
| | | | | | | Eric Palacios, called and sworn |
| | | | | | | DX by K. Johnson |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | | | | | | 10:14:10 End DX |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:27:30 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:28:54 End Re-DX |
| | | | | | | Re-CX by J. Razzano |

Page -1-

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY K. Johnson | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
|---|---|---|---|---|---|---|
| HEARING DATE (S) October 16 -19, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 10:29:40 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 10:33:46 Witness excused |
| | | | | | | Trina San Agustin, called and sworn |
| | | | | | | DX by K. Johnson |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:45:29 End DX |
| | | | | | | CX by J. Razzano |
| | | | | | | 10:53:04 End CX; No further examination, witness excused |
| | | | | | | 10:53:34 - 11:19:39 BREAK |
| | | | | | | Scott Wade, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 11:28:15 End DX |
| | | | | | | CX by J. Razzano |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | | | | | 12:00:08 End CX |
| | | | | | | Court examined witness |
| | | | | | | 12:04:54 Re-DX |
| | | | | | | 12:05:30 End Re-DX; no further examination, witness excused |
| | | | | | | *12:19:20 End Day 2; Motion hearing continued to October 18, 2007 at 9:00 a.m.* |
| | | | | | | *9:12:57 Begin Day 3* |
| | | | | | | Kim Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | | | | | | 9:34:30 End DX |
| | | | | | | CX by J. Razzano |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | | | | | | 9:54:18 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 10 | | 10/18/07 | 10/18/07 | | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | | | | | | 9:58:12 - 10:27:15 Break |
| | 10 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | | | | | | 10:27:15 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence w/ markings |
| | 10 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | | | | | | 10:44:40 End Re-CX; no further examination |
| | | | | | | Court examined witness |
| | | | | | | 10:48:40 Witness excused |
| | | | | | | J. Razzano moved that a clean exhibit 7 - now marked 7a - be admitted |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | Brian A.C. Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 11 | | 10/18/07 | 10/18/07 | 10/18/07 | Report of Officer Brian A.C. Santos |
| | | | | | | 10:55:58 End DX |
| | | | | | | CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE: Frances M. Tydingco-Gatewood — PLAINTIFF'S ATTORNEY: K. Johnson — DEFENDANT'S ATTORNEY: J. Razzano & S. Teker / J. Aguon |
| | | | | | | HEARING DATE(S): October 16-19, 2007 — COURT REPORTER: Wanda Miles — COURTROOM DEPUTY: Leilani Toves Hernandez |
| | | | | | | 10:57:55 End CX; no further examination |
| | | | | | | Witness excused and recalled for court examination |
| | 11 | | 10/18/07 | 10/18/07 | 10/18/07 | Report of Officer Brian A.C. Santos, KYCS #07-11156, dated 4/19/07 |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | Re-CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 11:09:00 Witness excused |
| | | | | | | Charles Sedberry, called and sworn |
| | | | | | | DX by K. Johnson |
| | 12 | | 10/18/07 | 10/18/07 | 10/18/07 | A.T.F. Report of Charles Sedberry, Case Number 787020-07-0013; dated 5/1/2007 |
| | | | | | | 11:13:50 End DX |
| | | | | | | CX by J. Razzano |
| | | | | | | 11:16:50 End CX |
| | | | | | | Court examined witness |
| | 12 | | 10/18/07 | 10/18/07 | 10/18/07 | A.T.F. Report of Charles Sedberry, Case Number 787020-07-0013; dated 5/1/2007 |
| | | | | | | 11:23:27 Witness excused |
| | | | | | | Jason P.B. Aguon, called and sworn |
| | | | | | | DX by K. Johnson |
| | 13 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of J.P.B. Aguon, Complaint No. 07-11185, dated April 19, 2007 |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 11:37:40 End DX |
| | | | | | | CX by S. Teker |
| | 13 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of J.P.B. Aguon, Complaint No. 07-11185, dated April 19, 2007 |
| | | | | | | 11:44:51 End of CX |
| | | | | | | Court examined witness |
| | | | | | | 11:46:01 Witness excused |
| | | | | | | 11:47:20 - 1:23:48 Lunch break |
| | | | | | | Frank Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | 14 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of Frank Santos, CS #07-11189, dated 4-22-2007 |
| | 15 | | 10/18/07 | 10/18/07 | 10/18/07 | D.E.A. Lab Report, File No. RB-07-0005; Date prepared: 6-19-2007 |
| | | | | | | 1:36:27 End DX |
| | | | | | | CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 1:50:05 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 1:50:21 End Re-DX; Court examined witness |
| | 14 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of Frank Santos, CS #07-11189, dated 4-22-2007 |
| | 15 | | 10/18/07 | 10/18/07 | 10/18/07 | D.E.A. Lab Report, File No. RB-07-0005; Date prepared: 6-19-2007.A. Lab Report |
| | | | | | | 1:56:26 Witness Excused |
| | | | | | | Michelle Jong, recalled |
| | | | | | | DX by K. Johnson |
| | | | | | | 2:17:20 End DX |
| | | | | | | CX by S. Teker |
| | | | | | | 2:18:25 End CX; witness excused |
| | | | | | | Allan Santos Guzman, called and sworn |
| | | | | | | DX by J. Razzano |
| | | | | | | 2:26:19 End DX |
| | | | | | | CX by K. Johnson |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 2:39:14 End CX |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY K. Johnson | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
|---|---|---|---|---|---|---|
| HEARING DATE (S) October 16 -19, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Re-DX by J. Razzano |
| | | | | | | 2:42:51 End Re-DX |
| | | | | | | Court examined witness |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 2:59:20 End Court examination |
| | | | | | | Re-DX by J. Razzano |
| | | | | | | 3:01:49 End Re-DX |
| | | | | | | Witness excused |
| | | | | | | *3:02:25  End Day 3; Motion hearing continued to October 19, 2007 at 9:15 a.m.* |
| | | | | | | 9:45:35  Begin Day 4 |
| | | | | | | Frankie Santos, recalled |
| | | | | | | DX by K. Johnson |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | 2 | | 10/19/07 | 10/19/07 | 10/19/07 | photo of defendant Raymond Duenas, Jr. w/ search warrant in front of him (copy) |
| | 3 | | 10/19/07 | 10/19/07 | 10/19/07 | Guam Police Department Custodial Interrogation Form for Raymond Ignacio Duenas |
| | 4 | | 10/19/07 | 10/19/07 | 10/19/07 | 4/22/2007 Report of Frankie Smith |
| | 5 | | 10/19/07 | 10/19/07 | 10/19/07 | Guam Police Department Statement Form of Raymond Duenas, dated 4-17-2007 |
| | | | | | | 10:21:37 End DX |
| | | | | | | CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 10:31:48 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 5 | | 10/19/07 | 10/19/07 | 10/19/07 | Guam Police Department Statement Form of Raymond Duenas, dated 4-17-2007 |
| | | | | | | 10:32:50 Witness excused |
| | | | | | | 10:34:46 - 10:55:07 Break |
| | | | | | | Catalina Duenas, recalled |
| | | | | | | DX by J. Aguon |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 11:22:38 End DX |
| | | | | | | CX by K. Johnson |
| | 6 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (container and house w/ vehicles in front) |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | 19 | | 10/19/07 | 10/19/07 | | colored photo (entrance to kitchen) |
| | 16 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (container and unfinished home) |
| | 18 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (outside kitchen area and Lou & Ray's bedroom) |
| | 17 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (2 different/angles photos of the container) |
| | 20 | | 10/19/07 | 10/19/07 | | 4 colored photos (before/after photos of Catalina Duenas' room) |
| | | | | | | *Court raised the issue regarding 5th Amendment Rights.  Louie Yanza called in as court appointed counsel for witness Catalina Duenas.* |
| | | | | | | 11:57:48 - 12:57:38 Lunch Break |
| | | | | | | *Louie Yanza advised the Court of the conflict regarding representation of Catalina Duenas.* |
| | | | | | | Mr. Razanno moved to strike the testimony of Catalina Duenas and all exhibits she testified to.  Mr. Aguon joined in the Motion.  Ms. Johnson stipulated to the motion. |
| | | | | | | Court ordered that all exhibits Catalina Duenas testified to and her testimony be stricken from the record |
| | | | | | | Jason P.B. Aguon, recalled |
| | | | | | | DX by J. Razzano |
| | | F | 10/19/07 | 10/19/07 | 10/19/07 | colored photos of firearms and locker area |
| | | | | | | 1:15 end DX |
| | | | | | | CX by K. Johnson |
| | 6 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (container and house w/ vehicles in front) |
| | 16 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (container and unfinished home) |
| | 17 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (2 different/angles photos of the container) |
| | 18 | | 10/19/07 | 10/19/07 | | 2 colored photos (A & B) (outside kitchen area and Lou & Ray's bedroom) |

Page -4-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | PLAINTIFF'S ATTORNEY K. Johnson | | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
| | HEARING DATE (S) October 16 -19, 2007 | | | COURT REPORTER Wanda Miles | | COURTROOM DEPUTY Leilani Toves Hernandez |
| | 19 | | 10/19/07 | 10/19/07 | | colored photo (entrance to kitchen) |
| | | | | | | 1:20:03 End CX; Court examined witness |
| | | | | | | 1:20:22 Witness excused |
| | | | | | | No further witnesses |
| | | G | 10/19/07 | 10/19/07 | 10/19/07 | VHS video clip/recording of media release |
| | | | | | | Defense exhibits A and Government exhibit 1 were admitted. |
| | | | | | | *1:54:00 End Day 4; Oral argument on all motions set for October 22, 2007 at 9:00 a.m.* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |