**CABOT
MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

# FILED
### DISTRICT COURT OF GUAM

JAN 1 1 2008 ₪

**JEANNE G. QUINATA**
**Clerk of Court**

## THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO: CR07-00039 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT LOURDES C. DUENAS'** |
| | ) | **REQUESTED JURY INSTRUCTIONS** |
| v. | ) | |
| | ) | |
| LOURDES CASTRO DUENAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, LOURDES DUENAS, through her attorneys CABOT MANTANONA

LLP, by John V. R. Aguon, hereby joins in with and adopts co-defendant RAYMOND I.

DUENAS' Requested Jury Instructions.

Respectfully submitted this 11th day of January, 2008.

CABOT MANTANONA LLP
*Attorney for **Lourdes C. Duenas***

By: _____
**JOHN V. R. AGUON**

ORIGINAL