**CABOT MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO: CR07-00039 |
| ) Plaintiff, ) | **DEFENDANT LOURDES C. DUENAS' WITNESS LIST** |
| v. ) | |
| LOURDES CASTRO DUENAS, ) | |
| ) Defendant. ) | |

Defendant, LOURDES DUENAS, through her attorneys CABOT MANTANONA LLP, by John V. R. Aguon, hereby joins in with and adopts co-defendant RAYMOND I. DUENAS' Witness List.

Respectfully submitted this 11th day of January, 2008.

CABOT MANTANONA LLP
*Attorney for* **Lourdes C. Duenas**

By: _____
JOHN V. R. AGUON