**CABOT MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
JAN 1 1 2008
JEANNE G. QUINATA
Clerk of Court

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO: CR07-00039 |
| Plaintiff, ) | **DEFENDANT LOURDES C. DUENAS' EXHIBIT LIST** |
| v. ) | |
| LOURDES CASTRO DUENAS, ) | |
| Defendant. ) | |

Defendant, LOURDES DUENAS, through her attorneys CABOT MANTANONA LLP, by John V. R. Aguon, hereby joins in with and adopts co-defendant RAYMOND I. DUENAS' Exhibit List.

Respectfully submitted this 11th day of January, 2008.

                                              CABOT MANTANONA LLP
                                              *Attorney for Lourdes C. Duenas*

By: _____
                    **JOHN V. R. AGUON**

ORIGINAL