

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR., and<br>LOURDES CASTRO DUENAS,<br><br>Defendants. | CRIMINAL CASE NO. 07-00039<br><br>**UNITED STATES RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GPD OFFICER** |

    Defendant Lourdes Duenas confessed to DEA Special Agent Michelle Jong concerning her and her husband's activities in trading illegal drugs for stolen property. Raymond Duenas confessed to GPD Officers Smith and Piolo, concerning his and his wife's criminal activity. Now Lourdes wants to exclude what her husband said about her during his confession.

    It is a given that Raymond's statements about his wife cannot be used in a joint trial. Bruton v. United States, 391 U.S. 123 (1968). Nor can the statements she made about his activities be used against him. The admission of a codefendant's confession that implicates the defendant in a joint trial cannot be admitted. Necessarily, for purposes of trial, each of the

//
//

defendants' statements will have to be redacted so that each confession focuses entirely on what that person says about him/herself.

Respectfully submitted this 25th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney