CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

FEB 2 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO: CR07-00039 |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO APPOINT ADDITIONAL COUNSEL** |
| LOURDES CASTRO DUENAS, | ) | |
| Defendant. | ) | |

Defendant, LOURDES C. DUENAS, through her attorneys CABOT MANTANONA LLP, by Rawlen M. T. Mantanona, pursuant to the Criminal Justice Act Plan for the District of Guam and this Court's instructions moves this Court for the Appointment of additional counsel, specifically Attorney John V. R. Aguon, at the U.S. Government's expense in order to assist in the defense of this case. As grounds for this Motion, the Defendant states the following:

The Defendant is currently charged with Conspiracy to Distribute Methamphetamine Hydrochloride. Undersigned counsel, firm partner, has been previously appointed by this Court to represent the Defendant. The Defendant is indigent and counsel accordingly will be paid by the U.S. Government. Attorney Aguon, upon assignment from undersigned counsel, has worked the case and established credibility and a rapport with Defendant. Attorney Aguon has represented Defendant,

with this Court's permission, at several hearings and is completely knowledgeable about the case before the bar. Defendant wants Attorney Aguon to be a part of her trial representation in order to be fully confident that she will receive a fair trial.

The United States District Court for the District of Guam Criminal Justice Act Plan, Section III, Subsection D, Paragraph 1 states, "More than one attorney may be appointed in any case determined by this Court to be extremely difficult."

Counsel has thoroughly reviewed the information known to date and joins Defendant in the conclusion that the appointment of John V. R. Aguon is absolutely essential if the Defendant is to be represented properly and with the effective assistance of counsel. Specifically, the following aspects of this case mandate the appointment of additional counsel:

1. There are a significant number of witnesses expected to be called by the government in its case in chief, many of whom have testified in pretrial proceedings attended exclusively by Attorney Aguon because undersigned counsel was involved in a lengthy trial in the Superior Court of Guam.

2. Numerous motions have been researched and drafted by Attorney John Aguon in this case.

3. Counsel must supervise and assimilate extensive facts from the voluminous discovery and pretrial proceedings conducted in this case.

4. While Defendant understands and speaks English, she is most comfortable speaking in the Chamorro vernacular. Undersigned counsel has used Attorney Aguon to facilitate communications from Defendant.

The Defendant as a result of her indigency, is unable to pay for additional counsel; quite obviously, a defendant of means would employ additional counsel in a case of this nature in order to obtain an effective presentation of the case.

WHEREFORE, for reasons stated in the above, Defendant requests that Attorney John Aguon be appointed co-counsel.

Respectfully submitted this **27** day of **Feb**, 2008.

**CABOT MANTANONA LLP**
*Attorney for **Lourdes C. Duenas***

By: _____
RAWLEN M. T. MANTANONA

RMTM:scc
G:\Stacy\active clients\Duenas, Lourdes C\mtn to appt additional counsel.doc