

☐ ORIGINAL

duenas.handwriting

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 1 2 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00039 |
| Plaintiff. | |
| vs. | MOTION TO REQUIRE THE DEFENDANT TO SUPPLY EXEMPLARS OF HANDWRITING AND HANDPRINTING |
| RAYMOND IGNACIO DUENAS, JR. | |
| Defendant. | |

COMES NOW the United States of America, by its undersigned counsel, and moves this Honorable Court for an order directing the defendant, RAYMOND IGNACIO DUENAS, JR., to furnish exemplars of his handwriting and handprinting to agents of the Drug Enforcement Agency and the U.S. Postal Service, for comparisons with questioned handwriting and handprinting to be used during the preparation for and during the trial of the above-entitled case. During the execution of a search warrant at the defendant's residence, notebooks containing drug records were discovered in his bedroom and the safe in his bedroom. It is relevant to the charges in this matter whether defendant authored those records.

The Fifth Amendment privilege against self-incrimination offers no protection against compelling a person to submit to fingerprinting, or to give exemplars of his handwriting, for purposes of establishing his identity. Schmerber v. California, 384 U.S. 757, 764 (1966). The Fifth Amendment prohibits the compulsory production of testimonial evidence; it does not

protect against the compulsory production of real or physical evidence for the purpose of establishing identification. Therefore, a person may be compelled to produce physical characteristics such as fingerprints, handwriting, and handprinting.. <u>United States v. Euge</u>, 444 U.S. 707, 718 (1980); <u>Gilbert v. California</u>, 388 U.S. 263, 266-267 (1967); <u>United States v. Roth</u> 466 F.2d 1111, 1114 (9th Cir.), <u>cert. denied</u>, 409 U.S. 1048 (1972).

As well, compelling a person to provide such exemplars is not a violation of his Fourth Amendment right against unreasonable searches and seizures. <u>United States v. Mara</u>, 410 U.S. 19, 21-22 (1973); <u>United States v. Dionisio</u>, 410 U.S. 1, 8-16 (1973).

For these reasons, the government prays that its motion be granted.

Respectfully submitted this __12th__ day of March, 2008.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney