CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
MAR 1 3 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| vs. | ) | |
| | ) | **NOTICE OF MOTION** |
| Plaintiff, | ) | |
| LOURDES CASTRO DUENAS, | ) | |
| Defendant, | ) | |

PLEASE TAKE NOTICE that the undersigned counsel for Defendant LOURDES CASTRO DUENAS, will bring the Motion to Withdraw as Counsel on for a hearing at the District Court of Guam on the _____ day of _____, 2008 at _____ ___.m. Attorney Mantanona is currently off island and will return on Friday March 14, 2008.

Dated this 13th day of March, 2008.

CABOT MANTANONA LLP,
Attorney for Defendant

_____
JOHN V. R. AGUON

JVRA:scc
G:\Stacy\active clients\Duenas, Lourdes C\Notice of Hearing.doc