CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

MAR 1 3 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> vs. ) <br> ) <br> Plaintiff, ) <br> ) <br> LOURDES CASTRO DUENAS, ) <br> ) <br> Defendant, ) <br> _____) | CRIMINAL CASE NO. 07-00039 <br><br> **DECLARATION OF COUNSEL** |

I, John V. R. Aguon, hereby declare as follows:

1. That Cabot Mantanona LLP, has been court appointed counsel for Defendant LOURDES CASTRO DUENAS having been appointed pursuant to the Criminal Justice Act.

2. That I have received, confidential information indicating a conflict of interest exists rendering this office's continued representation of Defendant DUENAS unethical.

3. That Defendant DUENAS has been informed of counsel's position and intention to move to withdraw as counsel and Defendant DUENAS does not desire the appointment of new counsel for his case.

4. That it is in Defendant DUENAS' and society's best interest that an unconflicted attorney represent Defendant DUENAS.

ORIGINAL

5.  That the facts and statement set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this 13th day of March, 2008.

_____
JOHN V. R. AGUON
CABOT MANTANONA LLP

JVRA:scc
G:\Stacy\active clients\Duenas, Lourdes C\dec of counsel.doc