CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

MAR 1 3 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| vs. | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| LOURDES CASTRO DUENAS, | ) | |
| Defendant, | ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of the Motion to Withdraw, was duly hand-delivered or faxed to the following on March 13, 2008.

OFFICE OF THE U.S. ATTORNEY
108 Hernan Cortes Ave.
Sirena Plaza, 6th Floor
Hagatna, Guam 96910

Dated this 13th day of March, 2008.

WILLIAM N. CRUZ

RMTM:scc
G:\Stacy\active clients\Duenas, Lourdes C\certificate of service.doc

**ORIGINAL**