IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | ) | |
| vs. | ) | |
| LOURDES CASTRO DUENAS, | ) | **ORDER** |
| Defendant. | ) | |

On July 24, 2007, the court appointed attorney Rawlen Mantanona as counsel of record for the Defendant.

On March 13, 2008, Mr. Mantanona filed a motion to withdraw (Docket No. 127) on the basis that continued representation of the Defendant would pose a conflict of interest. In order to further develop the record as to the basis for withdrawal, the court hereby sets said motion for hearing on Wednesday, March 19, 2008, at 2:30 p.m.

In light of the pending motion to withdraw, the court hereby vacates the pretrial conference currently scheduled for March 19, 2008, and shall reschedule said conference upon resolution of the motion to withdraw.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Mar 17, 2008**