**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

| | |
|---|---|
| CASE NO.: CR-07-00039 | DATE: March 19, 2008 |

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:18:45 - 2:27:56 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Lourdes Castro Duenas | Attorney: Rawlen Mantanona |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: None Present | U.S. Marshal: D. Punzalan/G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Motion to Withdraw as Attorney**
- Mr. Mantanona states his case to withdraw as counsel.
- Motion <u>denied</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: