# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00039　　　　　　　　　　DATE: March 21, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: None Present |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 8:49:58 - 8:58:15 |
| CSO: D. Quinata | |

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr.　　　Attorney: Louie Yanza
　　　　　　Lourdes Castro Duenas　　　　　　　　　Rawlen Mantanona

☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　　U.S. Marshal: D. Punzalan/G. Perez
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defendants sworn and examined.
- Defendants waives reading of Superseding <u>Indictment</u>.
- Pleas entered: <u>Not guilty</u>
- Tentative Trial set for: <u>May 13, 2008 at 9:30 a.m.</u>
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: