

lduenas.opprel

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334



Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00039 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' OPPOSITION |
| | ) TO RELEASE OF LOURDES |
| RAYMOND IGNACIO DUENAS, JR., and | ) DUENAS AND CONCURRENCE |
| LOURDES CASTRO DUENAS, | ) WITH VISITATION |
| Defendants. | ) |

The United States opposes the release of Lourdes Duenas under any conditions. Title 18, United States Code, Section 3141(e) provides:

> "Subject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed an offense for which the maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act .... ."

Defendant has a prior drug offense, committed in 2000, for which the government has already filed a notice of enhancement pursuant to 21 U.S.C. § 851. Counts I and II of the superseding indictment carry a mandatory minimum of 10 years incarceration; with the enhancement, defendant is facing a mandatory term of 20 years incarceration if she is convicted.

Defendant has failed to rebut the presumption that she is a danger to the community. She has a history of drug use and trafficking; she is addicted to ice. Given the magnitude of the penalty she is facing, her risk of flight is very high.

The government agrees with defendant, however, that she should be allowed visitation with her husband/co-defendant. Given that they are facing trial for the same offenses, communication to effect a joint defense is a valid reason to allow such visitation.

Respectfully submitted this 21st day of March, 2008.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and NMI
>
> By: *[signature]*
> KARON V. JOHNSON
> Assistant U.S. Attorney