**FILED**
DISTRICT COURT OF GUAM

MAR 25 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

02766-093

**LOURDES CASTRO DUENAS**

DOC

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: **CR-07-00039-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Date and Time<br>**Friday, March 21, 2008 at 8:30 a.m.** |

To answer a(n)
- [X] Superseding Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy to Distribute Methamphetamine Hydrochloride, 21 U.S.C. §§ 841(a)(1) and 846, Count 1**

**Possession of Methamphetamine Hydrochloride With Intent to Distribute, 21 U.S.C. §§ 841(a)(1), Count 2**

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 19, 2008**
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 3/21/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS - Lafayette, La

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/21/08
              Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.