# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, ) | |
| vs. ) | |
| LOURDES CASTRO DUENAS, ) | **ORDER** |
| Defendant. ) | |

On April 30, 2007, the court remanded the Defendant to the custody of the U.S. Marshals Service. On March 21, 2008, the Defendant filed a Motion to Reconsider Detention and, in the Alternative, for Joint Visitation with Codefendant. See Docket No. 141. In said motion, the Defendant requested that she be granted pretrial release, and she proposed two individuals to be her third party custodians while on pretrial release. In the event the court denied her release, the Defendant alternatively requested that she and her counsel be permitted to visit and confer with her codefendant husband and his counsel for the purpose of establishing a unified, coordinated defense.

The government opposes the Defendant's request for pretrial release, but concurs in the alternative request for visitation with the Defendant's codefendant husband to for purposes of preparing a joint defense. See Docket No. 142.

The court believes that a hearing on this matter would assist the court in reaching a decision on the issues. Thus, the court schedules this matter for hearing on **Tuesday, April 1, 2008, at 10:30 a.m.** In preparation for said hearing, the court orders defense counsel to

direct the proposed third party custodians to immediately make arrangements with the United States Probation and Pretrial Office ("USPO") to be interviewed at said office. At the conclusion of said interviews and any home visit deemed necessary, the pretrial services officer shall prepare a report indicating whether he/she believes the proposed individuals are suitable third party custodians and whether the residence is suitable for electronic monitoring. If the pretrial services officer believes that pretrial release is warranted, then recommended release conditions for the court to impose shall also be included in said report.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 26, 2008**