# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS | CASE NUMBER: CR-07-00039 |

TYPE OF CASE:

☐ **CIVIL**    X **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse | 4th Floor Courtroom |
| 520 West Soledad Avenue | DATE AND TIME |
| Hagatna, Guam 96910 | April 3, 2008 at 1:30 P.M. |

TYPE OF PROCEEDING

MOTION FOR HANDWRITING EXEMPLARS
MOTION IN LIMINE
MOTION TO APPOINT ADDITIONAL COUNSEL

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

APRIL 1, 2008                    /s/ VIRGINIA T. KILGORE
DATE                             (BY) DEPUTY CLERK

TO:   Louie J. Yanza, Esq.
      Rawlen M.T. Mantanona
      U.S. Attorney's Office
      U.S. Probation Office