# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00039-002　　　　　　　　　　DATE: April 01, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:46:03 - 10:58:40

**APPEARANCES:**
Defendant: Lourdes Castro Duenas　　　　　Attorney: John Aguon
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion to Reconsider Detention and in the Alternative for Joint Visitation with Co-defendant**
- Motion for joint visitation - Granted. Court to issue written order.
- Probation to file a report with the court by Monday, April 7, 2008.
- Motion to Reconsider Detention is continued to April 9, 2008 at 9:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: