**CABOT MANTANONA LLP**
Edge Building 2nd Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00039 |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS | ) ) ) | |
| Defendant. | ) ) | |

Having reviewed the alternative motion for joint visitation filed by Defendant Lourdes Castro Duenas and for good cause shown,

IT IS HEREBY ORDERED THAT:

The alternative motion for joint visitation with codefendant is granted. The United States Marshals Service and its contract providers shall permit the codefendants herein to meet and consult with each other at least once a week for the purpose of preparing a unified, coordinated defense for trial.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 02, 2008