**CABOT MANTANONA LLP**
Edge Building 2nd Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00039 |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: MOTION TO APPOINT ADDITIONAL COUNSEL |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS | ) | |
| Defendant. | ) | |

The above entitled matter came before the Court on April 3, 2008 on Defendant Lourdes Duenas' Motion to Appoint Additional Counsel. Karon Johnson appeared on behalf of the United States of America. John Aguon and Rawlen Mantanona appeared on behalf of the Defendant Lourdes C. Duenas.

For good cause shown, the Court hereby appoints JOHN AGUON as additional counsel for the defendant Lourdes C. Duenas.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 04, 2008**