## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00039-002          DATE: April 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 9:05:55 - 9:08:31

**APPEARANCES:**
Defendant: Lourdes Castro Duenas      Attorney: John Aguon
☑Present ☑Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson      U.S. Agent: Tom Churchen
U.S. Probation: Christopher Duenas
Interpreter:      Language:

**PROCEEDINGS: Continued Motion to Reconsider Detention**
- Motion for Third pary Custodian <u>withdrawn</u>.
- Motion for Personal Recognizance with a $50,000.00 bond is denied
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: