
**ORIGINAL**

Duenas.stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 0 1 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | STIPULATED MOTION OF PARTIES TO CONTINUE TRIAL DATE PENDING RESOLUTION OF HANDWRITING EXEMPLARS |
| vs. | |
| RAYMOND IGNACIO DUENAS, JR., and LOURDES CASTRO DUENAS, | |
| Defendants. | |

    The parties in the above-entitled matter, the United States of America, and defendant Raymond Duenas through his counsel Louie J. Yanza, and defendant Lourdes Duenas through her counsel Rawlen MT Mantanona, move this Honorable Court for an order to continue the trial in this matter, now set for May 18, 2008, at 9:30 a.m. The parties request the trial date be continued because, based upon the Declaration of government counsel (Attachment A), it will be approximately one month before the U.S. Postal Service has completed its analysis of whether the drug records found at the defendants' residence match the handwriting exemplars recently provided by Raymond Duenas. Thereafter, defendant Duenas believes that it will take at least one month for his own handwriting expert to examine and either confirm or dispute the findings of the U.S. Postal examiner. The Speedy Trial Act, 18 U.S.C. § 3161, is presently tolled

-1-

pursuant to § 3161(h)(F), because defendant Raymond Duenas has filed a motion for appointment of a handwriting expert April 2, 2008, which motion is still pending before this court. The parties would request that trial be rescheduled to the last week of July, 2008.

DATED: 4/29/08

LOUIE J. YANZA
Attorney for Raymond Duenas

DATED: 4/30/08

RAWLEN MT MANTANONA
Attorney for Lourdes Duenas

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 4/28/08    By:

KARON V. JOHNSON
Assistant U.S. Attorney

## ATTACHMENT A

## DECLARATION OF COUNSEL

1) I am the Assistant United States Attorney assigned to prosecute this case.

2) A handwriting exemplar of the defendant's was secured and sent to the U.S. Postal Service laboratory in Washington, D.C. for analysis. The issue is an important one, whether Raymond Duenas wrote the numerous drug records found in his residence.

3) On April 23, 2008, I received an e-mail from the analyst assigned to the case, John W. Cawley, who advised me that he was aware of the May 15 trial date and that he would take him at least three weeks to complete his analysis. As well, he would need additional time to prepare the charts and blow-ups which are part of his trial presentation. Mr. Cawley also said that the press of work in May, as well as personal considerations, is such that he would appreciate a continuance of the trial date, if possible.

Dated this 28th day of April, 2008.

_____
KARON V. JOHNSON
Assistant U.S. Attorney