Duenas2ver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' PROPOSED** |
| vs. | ) | **VERDICT FORMS** |
| | ) | |
| RAYMOND IGNACIO DUENAS, JR., and | ) | |
| LOURDES CASTRO DUENAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW the United States and provides the proposed Verdict Forms for use concerning RAYMOND IGNACIO DUENAS, JR., and LOURDES CASTRO DUENAS..

Respectfully submitted this  8th  day of August, 2008.

                                                  LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

                                      By:    /s/ Karon V. Johnson
                                                KARON V. JOHNSON
                                                Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT FORM** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

### COUNT I - CRIMINAL CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (ICE)

We, the Jury, in the above-entitled cause unanimously find the defendant RAYMOND IGNACIO DUENAS, JR., Violation of Title 21, United States Code, Sections 841(a)(1) & 846, Criminal Conspiracy to Distribute more than 50 grams net weight of Methamphetamine Hydrochloride (ice):

/ / NOT GUILTY

/ / GUILTY

### COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

We, the Jury, in the above-entitled cause unanimously find the defendant, RAYMOND IGNACIO DUENAS, JR., Violation of Title 21, United States Code, Section 841(a)(1), Possession of more than 50 grams net weight of Methamphetamine Hydrochloride (ice) With Intent to Distribute:

/ / NOT GUILTY

/ / GUILTY

//
//
//

## COUNT III - USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME

We, the Jury, in the above-entitled cause unanimously find the defendant, RAYMOND IGNACIO DUENAS, JR., Violation of Title18, United States Code, Section 924(c), Use and Carrying a Firearm During a Drug Trafficking Crime:

    / /     NOT GUILTY

    / /     GUILTY

## COUNT IV - FELON IN POSSESSION OF FIREARMS

We, the Jury, in the above-entitled cause unanimously find the defendant, RAYMOND IGNACIO DUENAS, JR., Violation of Title18, United States Code, Section 922(g), Felon in Possession of Firearms:

    / /     NOT GUILTY

    / /     GUILTY

## COUNT V - POSSESSION OF STOLEN FIREARMS

We, the Jury, in the above-entitled cause unanimously find the defendant, RAYMOND IGNACIO DUENAS, JR., Violation of Title18, United States Code, Section 922(j), Possession of Stolen Firearms:

    / /     NOT GUILTY

    / /     GUILTY

DATED this _____ of August, 2008, at Agana, Guam.

_____
FOREPERSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT FORM** |
| LOURDES CASTRO DUENAS, | ) | |
| Defendant. | ) | |

**COUNT I - CRIMINAL CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (ICE)**

We, the Jury, in the above-entitled cause unanimously find the defendant LOURDES CASTRO DUENAS, Violation of Title 21, United States Code, Sections 841(a)(1) & 846, Criminal Conspiracy to Distribute more than 50 grams net weight of Methamphetamine Hydrochloride (ice):

    / /    NOT GUILTY

    / /    GUILTY

**COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

We, the Jury, in the above-entitled cause unanimously find the defendant, RAYMOND IGNACIO DUENAS, JR., Violation of Title 21, United States Code, Section 841(a)(1), Possession of more than 50 grams net weight of Methamphetamine Hydrochloride (ice) With Intent to Distribute:

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ of August, 2008, at Agana, Guam.

                                                              _____
                                                              FOREPERSON