Duenas2.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>RAYMOND IGNACIO DUENAS, JR., and<br>LOURDES CASTRO DUENAS,<br><br>            Defendants. | CRIMINAL CASE NO. 07-00039<br><br>**UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief: Given the number of items seized in this case, the government has noted the DEA exhibit number for reference by counsel.

Respectfully submitted this 8th day of August, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and CNMI


By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photo of black pouch & black fanny pack *in situ* | _____ | _____ |
| 2) | Black fanny pack (DEA N-1) | _____ | _____ |
| 3) | Drug records inside black fanny pack (DEA N-6) | _____ | _____ |
| 4) | Ziplock baggie and straws inside black fanny pack (DEA D-2) | _____ | _____ |
| 5) | Black pouch (DEA N-2) | _____ | _____ |
| 6) | Two baggies of ice inside black pouch (DEA D-1) | _____ | _____ |
| 7) | Photo of metal container wrapped in electrical tape (DEA N-3) | _____ | _____ |
| 8) | Metal container wrapped in electrical tape | _____ | _____ |
| 9) | Baggies of ice and cut straws inside metal container (DEA D-3) | _____ | _____ |
| 8) | Photo of shelves along north wall of defendants' bedroom including a small digital safe | _____ | _____ |
| 9) | Small pouch with red string on wooden shelf on north wall of defendants' bedroom (DEA N-4) | _____ | _____ |
| 10) | Two baggies of ice inside small pouch (DEA D-13) | _____ | _____ |
| 11) | Two tin foils with ice residue on north wall shelf (DEA D-12) | _____ | _____ |
| 12) | Photo of oriental dresser/drawer | _____ | _____ |
| 13) | Baggie of ice in top right drawer of Exhibit 12 (DEA D-5) | _____ | _____ |
| 14) | Plastic first aid kit on wood shelf next to TV along south wall (DEA N-8) | _____ | _____ |
| 15) | Two glass pipes with residue inside first aid kit (DEA D-7) | _____ | _____ |
| 16) | Photo of aluminum/steel box under the air conditioner in defendants' bedroom | _____ | _____ |
| 17) | Two glass ice pipes with residue inside Exhibit 16 (DEA D-8) | _____ | _____ |
| 18) | Photo of black magnetic container inside Exhibit 16 (DEA N-9) | _____ | _____ |

1

| | | | | |
|---|---|---|---|---|
| 19) | Black magnetic container (DEA N-9) | | _____ | _____ |
| 20) | Cut straws with ice inside Exhibit 18 (DEA D-9) | | _____ | _____ |
| 21) | Green plastic container inside Exhibit 16 (DEA N-10) | | _____ | _____ |
| 22) | Three ice pipes with residue inside Exhibit 20 (DEA D10) | | _____ | _____ |
| 23) | Small black pouch inside Exhibit 16 (DEA N-11) | | _____ | _____ |
| 24) | Ice pipe with residue inside black pouch (DEA D-11) | | _____ | _____ |
| 25) | zip-lock baggies in pouch under air conditioner | | _____ | _____ |
| 26) | Gram scale | | _____ | _____ |
| 27) | Scissors & baggies found in Duenas bedroom | | _____ | _____ |
| 28) | Photo of Ruger .9mm pistol, holster & magazines in Exhibit 16 | | _____ | _____ |
| 29) | Ruger .9mm pistol | | _____ | _____ |
| 30) | Photo of two .9mm magazines and 14 rounds of .9mm ammunition | | _____ | _____ |
| 31) | Two .9mm magazines and 14 rounds of .9 mm ammunition | | _____ | _____ |
| 32) | Photo of Lorcin .380 pistol, magazine and black case in box depicted in Exhibit 16 | | _____ | _____ |
| 33) | Lorcin .380 semi-automatic pistol | | _____ | _____ |
| 34) | Brown pouch containing one baggie of ice (DEA D-14) | | _____ | _____ |
| 35) | Photo of desk drawer with glass pipe (DEA D-19) | | _____ | _____ |
| 36) | Tin foil with residue from middle desk drawer (DEA D-20) | | _____ | _____ |
| 37) | Scissor and baggies in desk (DEA N-5) | | _____ | _____ |
| 38) | Photo of digital safe located in defendants' bedroom | | _____ | _____ |
| 39) | Blue pouch in safe (DEA N-14) | | _____ | _____ |
| 40) | Baggie of ice in Exhibit 38 (DEA D-21) | | _____ | _____ |
| 41) | Photo of drug records found in safe | | _____ | _____ |
| 42) | Drug ledger | | _____ | _____ |
| 43) | Drug ledger found with other papers on shelf (N-7) | | _____ | _____ |
| 44) | Drug ledger | | _____ | _____ |

| | | |
|---|---|---|
| 45) | Bag of jewelry, watches & coins found in safe, each item separately numbered | _____ _____ |
| 46) | Advice of rights to Raymond Duenas | _____ _____ |
| 47) | Raymond Duenas' written statement, redacted | _____ _____ |
| 48) | Bag of jewelry taken from Lourdes Duenas, each item separately numbered | _____ _____ |
| 49) | Advice of rights to Lourdes Duenas | _____ _____ |
| 50) | Lourdes Duenas written statement, redacted | _____ _____ |
| 51) | Photo of locker with "Duenas" stenciled on it | _____ _____ |
| 52) | Winchester .12 gauge shotgun | _____ _____ |
| 53) | A.Rossi .12 gauge shotgun | _____ _____ |
| 54) | Winchester .12 gauge shotgun | _____ _____ |
| 55) | Harrington & Richardson .12 gauge shotgun | \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ _____ |
| 56) | Diagram of structure where evidence was found | _____ _____ |
| 57) | Raymond Duenas judgment, CF262-00 | _____ _____ |
| 58) | Raymond Duenas judgment, CF586-00 | _____ _____ |