**CABOT**
**MANTANONA LLP**
Edge Building 2nd Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00039 |
| Plaintiff, | ) ) ) | |
| vs. | ) | RE: MOTION IN LIMINE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The above entitled matter came before the Court on March 3, 2008 on Defendant Lourdes Duenas' Motion *in Limine* to Exclude GPD Officer Testimony. Karon Johnson appeared on behalf of the United States of America. John Aguon and Rawlen Mantanona appeared on behalf of the Defendant Lourdes C. Duenas.

The Government, in its written response filed on January 25, 2008, agreed to redact "defendants' statements so that each confession focuses entirely on what that person says about himself / herself" pursuant to *Bruton v. United States*, 391 U.S. 123 (1968). Defendant's counsel expressed his satisfaction that the Government's response adequately addressed the Confrontation Clause issued raised in the Motion *in Limine*.

The Government, in the same written response filed on January 25, 2008, agreed that "Raymond's statements about his wife cannot be used in a joint trial [against Lourdes]."

Defendant's counsel requested leave to submit a limiting jury instruction to that effect.

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

The United States shall redact defendants' statements so that each confession focuses entirely on what that person says about himself or herself.

IT IS FURTHER ORDERED THAT:

Counsels for the United States and Defendant Lourdes C. Duenas may submit a proposed limiting jury instruction regarding the use of defendant's confessions.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Aug 08, 2008**