**CABOT**
**MANTANONA LLP**
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

AUG 1 3 2008 RD

**JEANNE G. QUINATA**
**Clerk of Court**

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO: CR07-00039 |
| ) | |
| Plaintiff, ) | **DEFENDANT LOURDES C. DUENAS'** |
| ) | **PROPOSED LIMITING JURY** |
| v. ) | **INSTRUCTION** |
| ) | |
| LOURDES CASTRO DUENAS, ) | |
| ) | |
| Defendant. ) | |

Defendant, LOURDES DUENAS, through her attorneys CABOT MANTANONA LLP, by John V. R. Aguon, pursuant to this Court's Order, hereby submits her Proposed Limiting Jury Instruction attached hereto.

Respectfully submitted this 12th day of August, 2008.

CABOT MANTANONA LLP
*Attorney for **Lourdes C. Duenas***

By: _____
JOHN V. R. AGUON

JURY INSTRUCTION NO. ___

**LIMITING INSTRUCTION – HEARSAY - CODEFENDANT'S CONFESSION**

A confession made outside of court by one defendant may not be considered as evidence against the other defendant, who was not present and in no way a party to the confession. Therefore, if you find that a confession was in fact truly voluntary and intentionally made by one of the defendants, you should consider it as evidence in the case against that defendant, but you must not consider it, and should disregard it, in considering the evidence in the case against the other defendant.[1]

*United States v. Bruton*, 391 U.S. 123, FN.2 (1968).

---

[1] It is your duty to give separate, personal consideration to the cause of each individual defendant. When you do so, you should analyze what the evidence shows with respect to that individual, leaving out of consideration entirely any evidence submitted solely against some other defendant. Each defendant is entitled to have his or her case determined from his or her own acts and statements and the other evidence in the case which may be applicable to him or her.