Duenas2.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' EXHIBIT LIST** |
| vs. | ) | |
| | ) | |
| RAYMOND IGNACIO DUENAS, JR., and | ) | |
| LOURDES CASTRO DUENAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief: Given the number of items seized in this case, the government has noted the DEA exhibit number for reference by counsel.

Respectfully submitted this 25th day of August, 2008.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and CNMI

                            By:   /S/ Karon V. Johnson
                                     KARON V. JOHNSON
                                     Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photo of black pouch & black fanny pack *in situ* | _____ | _____ |
| 2) | Black fanny pack (DEA N-1) | _____ | |
| 3) | Drug records inside black fanny pack (DEA N-6) | _____ | _____ |
| 4) | Ziplock baggie and straws inside black fanny pack (DEA D-2) | _____ | _____ |
| 5) | Black pouch (DEA N-2) | _____ | _____ |
| 6) | Two baggies of ice inside black pouch (DEA D-1) | _____ | _____ |
| 7) | Photo of metal container wrapped in electrical tape (DEA N-3) | _____ | _____ |
| 8) | Metal container wrapped in electrical tape | _____ | _____ |
| 9) | Baggies of ice and cut straws inside metal container (DEA D-3) | _____ | _____ |
| 10) | Photo of shelves along north wall of defendants' bedroom including a small digital safe | _____ | _____ |
| 11) | Small pouch with red string on wooden shelf on north wall of defendants' bedroom (DEA N-4) | _____ | _____ |
| 12) | Two baggies of ice inside small pouch (DEA D-13) | _____ | _____ |
| 13) | Two tin foils with ice residue on north wall shelf (DEA D-12) | _____ | _____ |
| 14) | Photo of oriental dresser/drawer | _____ | _____ |
| 15) | Baggie of ice in top right drawer of Exhibit 12 (DEA D-5) | _____ | _____ |
| 16) | Plastic first aid kit on wood shelf next to TV along south wall (DEA N-8) | _____ | _____ |
| 17) | Two glass pipes with residue inside first aid kit (DEA D-7) | _____ | _____ |
| 18) | Photo of aluminum/steel box under the air conditioner in defendants' bedroom | _____ | _____ |
| 19) | Two glass ice pipes with residue inside Exhibit 16 (DEA D-8) | _____ | _____ |
| 20) | Photo of black magnetic container inside Exhibit 16 (DEA N-9) | _____ | _____ |

1

| | | |
|---|---|---|
| 21) | Black magnetic container (DEA N-9) | _____ _____ |
| 22) | Cut straws with ice inside Exhibit 18 (DEA D-9) | _____ _____ |
| 23) | Green plastic container inside Exhibit 16 (DEA N-10) | _____ _____ |
| 24) | Three ice pipes with residue inside Exhibit 20 (DEA D10) | _____ _____ |
| 25) | Small black pouch inside Exhibit 16 (DEA N-11) | _____ _____ |
| 26) | Ice pipe with residue inside black pouch (DEA D-11) | _____ _____ |
| 27) | zip-lock baggies in pouch under air conditioner | _____ _____ |
| 28) | Gram scale | _____ _____ |
| 29) | Scissors & baggies found in Duenas bedroom | _____ _____ |
| 30) | Photo of Ruger .9mm pistol, holster & magazines in Exhibit 16 | _____ _____ |
| 31) | Ruger .9mm pistol | _____ _____ |
| 32) | Photo of two .9mm magazines and 14 rounds of .9mm ammunition | _____ _____ |
| 33) | Two .9mm magazines and 14 rounds of .9 mm ammunition | _____ _____ |
| 34) | Photo of Lorcin .380 pistol, magazine and black case in box depicted in Exhibit 16 | _____ _____ |
| 35) | Lorcin .380 semi-automatic pistol | _____ _____ |
| 36) | Brown pouch containing one baggie of ice (DEA D-14) | _____ _____ |
| 37) | Photo of desk drawer with glass pipe (DEA D-19) | _____ _____ |
| 38) | Tin foil with residue from middle desk drawer (DEA D-20) | _____ _____ |
| 39) | Scissor and baggies in desk (DEA N-5) | _____ _____ |
| 40) | Photo of digital safe located in defendants' bedroom | _____ _____ |
| 41) | Blue pouch in safe (DEA N-14) | _____ _____ |
| 42) | Baggie of ice in Exhibit 38 (DEA D-21) | _____ _____ |
| 43) | Photo of drug records found in safe | _____ _____ |
| 44) | Drug ledger | _____ _____ |
| 45) | Drug ledger found with other papers on shelf (N-7) | _____ _____ |
| 46) | Drug ledger | _____ _____ |

| | | |
|---|---|---|
| 47) | Bag of jewelry, watches & coins found in safe, each item separately numbered | _____  _____ |
| 48) | Advice of rights to Raymond Duenas | _____  _____ |
| 49) | Raymond Duenas' written statement, redacted | _____  _____ |
| 50) | Bag of jewelry taken from Lourdes Duenas, each item separately numbered | _____  _____ |
| 51) | Advice of rights to Lourdes Duenas | _____  _____ |
| 52) | Lourdes Duenas written statement, redacted | _____  _____ |
| 53) | Photo of locker with "Duenas" stenciled on it | _____  _____ |
| 54) | Winchester .12 gauge shotgun | _____  _____ |
| 55) | A.Rossi .12 gauge shotgun | _____  _____ |
| 56) | Winchester .12 gauge shotgun | _____  _____ |
| 57) | Harrington & Richardson .12 gauge shotgun | \_ \_ \_ \_ \_ \_ \_ \_ \_ \_  _____ |
| 58) | Diagram of structure where evidence was found | _____  _____ |
| 59) | Raymond Duenas judgment, CF262-00 | _____  _____ |
| 60) | Raymond Duenas judgment, CF586-00 | _____  _____ |

3