# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# *AMENDED MINUTES*
# PRETRIAL CONFERENCE

CASE NO.: CR-07-00039                    DATE: August 8, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley              Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:56:08 - 10:12:39

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas Jr.   Attorney: Louie J. Yanza
           Lourdes Castro Duenas                  Rawlen Mantanona/John Aguon
☑ Present ☑ Custody ☐ Bond ☐ P.R.       ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson                      U.S. Agent:
U.S. Probation: None Present
Interpreter:                                      Language:

**PROCEEDINGS: Pretrial Conference**

- Request for transcript approved; court reporter should have transcript available to parties within 30 days.
- Juror questionnaires to be sent out to prospective jurors. Responses to be provided to parties.
- **In the interest of justice trial was continued for 2 reasons: (1) transcript of suppression hearing not completed; (2) juror questionnaires to be sent out to prospective jurors.
- Continued Pretrial Conference and Scheduling Conference set for: <u>September 11, 2008 at 9:30 AM</u>.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: